**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. 3:15-CR-295 |
| v. | (JUDGE CAPUTO) |
| GETHRO MONDELICE, | |
| Defendant. | |

## ORDER

**NOW**, this 6th day of December, 2016, **IT IS HEREBY ORDERED** that Defendant's Motion to Withdraw Guilty Plea (Doc. 27) is **GRANTED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge